UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                          Case No.: 8:22-cr-00407-SDM-JSS

NEUKENYA JOKINES
_____/

**ORDER**

THIS MATTER is before the Court on Defendant's Unopposed Motion to Modify Conditions of Release (Dkt. 432.)  Upon consideration, it is **ORDERED** that Defendant's Unopposed Motion to Modify Conditions of Release (Dkt. 432) is **GRANTED**. The condition of GPS monitoring is removed. All other conditions in the Court's Order Setting Conditions of Release (Dkt. 92) shall remain in full force and effect.

**ORDERED** in Tampa, Florida, on December 6, 2023.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
U.S. Pretrial Services Agency